UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **YOSMARA DEL CARMEN GONZALES,** | Civil Action No. 26-0747 (SDW) |
| Petitioner, | |
| v. | ORDER |
| **PAM BONDI, et al.,** | |
| Respondents. | |

This Court having granted Petitioner Yosmara Del Carmen Gonzales's petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (ECF No. 1) on February 6, 2026 (ECF No. 10), and Respondents having submitted a letter indicating that Petitioner received a bond hearing on February 12, 2026 and was denied bond (ECF No. 11),

**IT IS** on this ___18th___ day of ___February___, 2026

**ORDERED** that the Clerk shall close this matter. The restrictions imposed on Petitioner's location during this matter are **LIFTED**.

_____
Hon. Susan D. Wigenton,
United States District Judge